UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AASIR AZZARMI, <br><br>                   Plaintiff,<br><br>    -against-<br><br>DOE OFFICERS 1-10,<br><br>                   Defendants. | 22-CV-5726 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 29, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 29, 2023
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge